UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALONZO OWENS,<br>Petitioner<br>v.<br>DAVID DAVEY,<br>Respondent. | Case No. 2:17-cv-01586-JAK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 30, 2019

_____
JOHN A KRONSTADT
UNITED STATES DISTRICT JUDGE